Michael Smith
American Scaffold Company
2640 Indian River Road
Chesapeake, Virginia 23325
Email: Msmith@amscaff
Phone: 757-477-3513

August 7, 2024

Dear Honorable Judge,

I am writing to you on behalf of American Scaffold Company regarding Mr. Dontae Mondy, who is currently under consideration for release on bond. Mr. Mondy has been a valued member of our team for several years, serving as a Stage Director and Crew Leader for naval vessel projects.

In his time with us, Mr. Mondy has consistently demonstrated a high level of professionalism, dedication, and leadership. His contributions have been instrumental in the successful completion of numerous complex projects. His work ethic and reliability have earned him the respect and trust of both his colleagues and our clients.

We understand the gravity of the situation and the conditions that may be imposed upon Mr. Mondy if he is released on bond. I would like to assure you that Mr. Mondy is fully committed to abiding by all restrictions and conditions set forth by the court. His role within our company is crucial, and we are prepared to provide any necessary support to ensure his compliance with these conditions.

Furthermore, we believe that allowing Mr. Mondy to continue his employment with us will provide him with the stability and structure necessary to adhere to the court's requirements. His continued work with American Scaffold Company will not only benefit our organization but also support his reintegration into the community.

We respectfully request that you consider Mr. Mondy's exemplary work history and his commitment to compliance in your decision regarding his release on bond. Should you require any further information or wish to discuss this matter in more detail, please do not hesitate to contact me at the provided phone number or email address.

Thank you for your time and consideration.

Sincerely,

Michael Smith
American Scaffold, Production Manager
Phone: 757-477-3513

*[Signature]*
8-7-2024

**DEFENDANT'S EXHIBIT**
1
2:24cr83